UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>R. REDDING CONSTRUCTION CO., INC., DONALD F. REDDING and DEBRA REDDING and their marital community, RALPH REDDING and JEAN REDDING and their marital community,<br><br>Defendants. | NO. CV-05-191-RHW<br><br>**ORDER DISMISSING CASE** |

A Complaint in the above-entitled action was on filed June 24, 2005 (Ct. Rec. 1). The Complaint has not been served. No further action has been taken in this matter. On September 19, 2006, the Court issued an Order to show cause why this action should not be dismissed for failure to prosecute. No response has been filed.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned matter is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and to furnish copies to Plaintiffs and to **close the file**.

**DATED** this 13th day of October, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\AHAC.dismiss.ord.wpd

**ORDER DISMISSING CASE** * 1